IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY WAYNE PRICE, JR. *aka L.J. Price*,<br><br>Defendant. | CR 18–149–BLG–DLC<br><br>ORDER |

Defendant moves for the admission of Jennifer S. DeGraw ("DeGraw") and Thomas J. Bondurrant, Jr. ("Bondurrant"), of Gentry Locke Attorneys, to practice before this Court in this case with Ryan J. Gustafson to act as local counsel. (Docs. 3 at 1–2; 5 at 1–2.) Both attorneys are currently admitted *pro hac vice* in a related action, *United States of America v. Larry Wayne Price, Jr.*, No. CR 18–85–BLG–DLC. The applications appears to be in order and there appears good cause to admit Ms. DeGraw and Mr. Bondurrant *pro hac vice*.

Accordingly, IT IS ORDERED that Defendant's Unopposed Motions to Admit Counsel *Pro Hac Vice* (Docs. 3; 5) are GRANTED on the condition that Ms. DeGraw and Mr. Bondurrant shall do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs;

-1-

and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. DeGraw and Mr. Bondurrant, within fifteen days of this Order, file separate pleadings acknowledging their admission under the terms set forth above.

DATED this 18th day of December, 2018.

Dana L. Christensen, Chief Judge
United States District Court