IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> LARRY WAYNE PRICE, JR., </br></br> Defendant. | CR 18–85–BLG–DLC </br> CR 18–149–BLG–DLC </br></br></br> ORDER |

Based upon the government's Amended Unopposed Motion to Credit Victim Receipts of Net Proceeds Against Restitution Owed by Defendant (Doc. 135; 135-1; 135-2; 135-3; 135-4; 135-5), and pursuant to this Court's December 1, 2020 Order (Doc. 117), regarding proceeds received by Ninety M and Three Blind Mice from the sale of real property,

IT IS ORDERED that the motion (Doc. 135) is GRANTED. The Clerk of Court shall reduce the restitution owed to Ninety M by $1,217,185.87. The Clerk of Court shall reduce the restitution owed to the three members of Three Blind Mice by a total of $1,217,185.87, apportioned as follows:

(1) Stephen Casher: $206,921.60 (17% of total);

(2) Dr. Robert Schlidt: $206,921.60 (17% of total); and

(3) Dr. Raoul Joubran: $803,342.67 (66% of total).

DATED this 3rd day of June, 2021.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court